IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 JUL 31 AM 10: 11
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

LAUREN WILLIAMS,

        Plaintiff,

-vs-                                      Case No.  A-11-CA-409-SS

NORTH AMERICAN VAN LINES OF TEXAS,
INC. and NORTH AMERICAN VAN LINES,
INC.,

        Defendants.

## JUDGMENT

BE IT REMEMBERED on this day the Court entered its order granting summary judgment on behalf of the Defendant, the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff Lauren Williams TAKE NOTHING in this cause against Defendants North American Van Lines of Texas, Inc. and North American Van Lines, Inc., and that all costs of suit are taxed against the plaintiff, for which let execution issue.

SIGNED this the 30th day of July 2012.

                                                        *Sam Sparks*
                                                SAM SPARKS
                                                UNITED STATES DISTRICT JUDGE